| | |
|---|---|
| | **FILED**<br>March 27, 2014<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                                )<br>                         Plaintiff,          )<br>v.                                                          )<br>                                                                )<br>MELISSA TORRES,                         )<br>                                                                )<br>                         Defendant.       ) | CASE NUMBER: 2:14-mj-00071-DAD<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Melissa Torres</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

    _   Release on Personal Recognizance

    _   Bail Posted in the Sum of _____

    X   Unsecured Appearance Bond in the amount of $100,000.00; cosigned by defendant's grandmother Armida Leon

    _   Appearance Bond with 10% Deposit

    _   Appearance Bond secured by Real Property

    _   Corporate Surety Bail Bond

    X   (Other) <u>Pretrial Supervision/Conditions</u>

Issued at  <u>Sacramento, CA</u>  on  <u>3/27/2014</u>  at  <u>2:55 pm</u>.

By _____
Kendall J. Newman
United States Magistrate Judge