UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 27, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-mj-00071-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| MELISSA TORRES, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Melissa Torres</u>; Case <u>2:14-mj-00071-DAD</u> from custody and for the following reasons:

- \_  Release on Personal Recognizance

- \_  Bail Posted in the Sum of _____

- X  Unsecured Appearance Bond in the amount of <u>$100,000.00</u>; cosigned by defendant's grandmother Armida Leon

- \_  Appearance Bond with 10% Deposit

- \_  Appearance Bond secured by Real Property

- \_  Corporate Surety Bail Bond

- X  (Other) <u>Pretrial Supervision/Conditions</u>

Issued at <u>Sacramento, CA</u> on <u>3/27/2014</u> at 2:55 pm.

By _____
Kendall J. Newman
United States Magistrate Judge